# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAQUELINE CORBETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 11-1751 (RJL) |
| | ) | |
| TINA JENNIFER, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 27th day of August, 2012, hereby

**ORDERED** that the defendants' Motion to Dismiss [#3] is **GRANTED**.

**ORDERED** that plaintiff's Complaint [#1] is **DISMISSED**.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge